# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER D. BOMMERITO, JR., <br><br> Petitioner, <br><br> v. <br><br> SCOTT KERNAN, <br><br> Respondent. | Case No. CV 17-6862-SVW (JEM) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge. As explained more fully in the Report and Recommendation, Ground One is untimely by more than twenty years. Although Petitioner makes additional arguments in his Objections regarding equitable tolling, he has failed to show that he is entitled to tolling sufficient to render Ground One timely.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: March 22, 2018

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE