# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER D. BOMMERITO, JR., | Case No. CV 17-6862-SVW (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| SCOTT KERNAN, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 22, 2018

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE